1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| **ARMANDO ANDRES CARACHURE,)** | **NO. SACV 18-1076-RSWL (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **JIM ROBERTSON,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

11
12
13
14
15
16
17

18      Pursuant to the Court's Order Accepting Findings and Recommendations of United

19 States Magistrate Judge,

20

21      IT IS ADJUDGED that this action is dismissed with prejudice.

22 DATED: 3/12/2019                              s/  RONALD S.W. LEW
23                                              HON. RONALD S.W. LEW
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28